## In re FINJAN, INC.

No. 2011–1542.

United States Court of Appeals,
Federal Circuit.

Nov. 9, 2012.

### ORDER

The appellee responds to the court's order concerning the court's decision in *In re Antor Media*, 689 F.3d 1282 (Fed.Cir. 2012).

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The stay of proceedings is lifted and this case is ready for assignment to a merits panel.

(2) A copy of the appellee's response shall be transmitted to the merits panel assigned to hear this case.

---

Joshua RODRIGUEZ, Petitioner,

v.

## DEPARTMENT OF JUSTICE, Respondent.

No. 2012–3040.

United States Court of Appeals,
Federal Circuit.

Nov. 14, 2012.

Lawrence Berger, Mahon & Berger, of Glen Cove, NY, argued for petitioner.

Michael P. Goodman, Trial Attorney, Commercial Litigation Branch, Civil Division, United States Department of Justice, of Washington, DC, Argued for Respondent. with him on the Brief were Stuart F. Delery, Acting Assistant Attorney General, Jeanne E. Davidson, Director, and Steven Gillingham, Assistant Director.

RADER, Chief Judge, DYK and WALLACH, Circuit Judges.

### JUDGMENT

PER CURIAM.

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**